

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

_____

No. 06-10-00046-CR

_____

CALVIN WAYNE BURNHAM, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 123rd Judicial District Court
Panola County, Texas
Trial Court No. 2009-C-0023

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Calvin Wayne Burnham filed a notice of appeal March 22, 2010, in trial court cause number 2009-C-0023. We have contacted the district clerk, and no trial court judgment has been entered for that cause number against Burnham.

A timely notice of appeal from a conviction or an appealable order is necessary to invoke this Court's jurisdiction. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). This Court has jurisdiction over criminal appeals only when expressly granted by law. *Everett v. State*, 91 S.W.3d 386 (Tex. App.—Waco 2002, no pet.).

Since there is no appealable order or judgment, we dismiss this appeal for want of jurisdiction.

Josh R. Morriss, III
Chief Justice

Date Submitted:     July 13, 2010
Date Decided:       July 14, 2010

Do Not Publish